UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN T. RIGBY,<br><br>         Plaintiff,<br><br>    vs.<br><br>STEPHEN MAYBERG, et al.,<br><br>         Defendants. | 1:12-cv-01678-GSA-PC<br><br>ORDER ADDRESSING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br>(Doc. 7.) |

Plaintiff Alan Thomas Rigby ("Plaintiff") is a civil detainee classified as a Sexually Violent Predator ("SVP") proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 4, 2012, Plaintiff filed a request for the Court to take notice that he is a civil detainee and not a prisoner.  (Doc. 7.)  Plaintiff objects to being referred to as a prisoner, given the finding in Hydrick v. Hunter, 500 F.3d 978, 989 (9th Cir. 2007) that "civilly detained persons must be afforded 'more considerate treatment and conditions of confinement than criminals, whose conditions of confinement are designated to punish.'"  Plaintiff requests that the Court no longer refer to him as a prisoner.

The Court is aware that Plaintiff is a civil detainee and not a prisoner within the meaning of the Prison Litigation Reform Act.  The 555 nature of suit designation for this action reflects a case filed by a civil detainee rather than a prisoner, and Plaintiff's case is being treated as such.  Any inadvertent reference to Plaintiff as a prisoner should be disregarded.

IT IS SO ORDERED.

   Dated:   **May 7, 2014**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE